■ DONALD HADYK et al., Individually and Doing Business as IN VITRO BIOANALYTIC SYSTEMS, Respondents, v JOHN G. BABISH et al., Defendants, and PARACELSIAN, INC., Appellant. [649 NYS2d 869] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Stone, J. (Appeal from Order of Supreme Court, Onondaga County, Stone, J.— Dismiss Complaint.) Present—Denman, P. J., Pine, Wesley, Balio and Davis, JJ.